Kenyon Rasheed et al v. National Football League Players Association et al Doc. 3

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Jesus Quinonez, Esq. (State Bar No. 106228)
Peter Dickson, Esq. (State Bar No. 139495)
Geffner & Bush
3500 W. Olive Ave., Suite 1100
Burbank, CA 94505 (818) 973-3200

FILED
MAR - 4 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENYON RASHEED,
TRACI RASHEED, Plaintiff(s)

v.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; SERVICE AND BUSINESS WORKERS OF AMERICA-LOCAL 125, ET AL. Defendant(s)

CASE NUMBER:
SACV04-00215 GLT(CTx)

Send

LODGED

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

**NOTICE:** Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. ***To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available on the court's website at www.cacd.uscourts.gov***

I, Joseph A. Yablonski, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: National Football League Players Association by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Yablonski, Both & Edelman
Address: 1140 Connecticut Avenue, NW, Suite 800
Washington, DC 20036
Telephone number: 202-833-9060 Fax number: 202-463-6688

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| District of Columbia | 5/21/69 |
| Supreme Court of the United States | 11/18/91 |
| Court of Appeals of Maryland | 12/4/84 |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |

PAID
MAR - 2 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By Deputy

DOCKETED ON CM
MAR - 4 2004
BY 037

3



Dockets.Justia.com

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

Not Applicable.

I designate Jesus Quinonez, Esq as local counsel, whose business information is as follows:

Firm Name: Geffner & Bush

Address: 3500 W. Olive Ave., Suite 1100
Burbank, CA 94505

Telephone number: (818) 973-3200 Fax number: (818) 973-3201

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: March 1, 2004

Applicant Signature

I hereby consent to the foregoing designation.

Date: March 2, 2004

Designee Signature

No. 106228
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:

☒ Granted.
☐ Denied and fee ordered returned.

Date: 3/4/04

UNITED STATES DISTRICT JUDGE / ~~MAGISTRATE JUDGE~~

GARY L. TAYLOR

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City of Burbank, State of California; I am over the age of eighteen and not a party to the within action; my business address is GEFFNER & BUSH, 3500 W. Olive Ave., Suite 1100, Burbank, California 91505. On the date appearing below, I served the following document(s):

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE

on the parties in said action by FEDERAL EXPRESS OVERNIGHT MAIL, addressed as follows:

**Plaintiffs' Counsel**:
Leo J. Moriarty, Esq.
Lazaro J. Machado, Esq.
MORIARTY & MACHADO
1912 N. Broadway, Suite 104
Santa Ana, CA 92706

**Counsel for Pacificare**:
Karla D. Bell
K&R LAW GROUP
350 South Grand Avenue, 21st Floor
Los Angeles, CA 90071

**Counsel for Tower Life Ins. Co.**:
Mark Helmke, Esq.
Tower Life Insurance Co.
Tower Life Building
310 S. St. Marys Street
San Antonio, TX 78205

**Counsel for SBWA (Jeanne Barnes Bryant Independent Fiduciary)**:
J. Graham Matherne, Esq.
Andrew J. Pulliam, Esq.
Wyatt, Tarrant & Combs, LLP
2525 West End Avenue
Suite 1500
Nashville, TN 37203-1423

**Counsel for Private Healthare Systems, Inc.**
Nicholas P. Hansen
Hansen Law Firm, LLC
600 Grant Street
Suite 300
Denver, CO 80203

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2004, at Burbank, California.

Patricia Beaver