ORIGINAL P-Send

Leo J. Moriarty (SBN 140093)
Moriarty & Machado
1912 N. Broadway, Suite 104
Santa Ana, CA 92706
Tel: (714) 836-6789



FILED 2004 MAR 15 PM 12:07 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kenyon Rasheed, Traci Rasheed<br>Plaintiff(s),<br>v.<br>National Football League PLayers Association, et al.<br>Defendant(s). | CASE NUMBER<br>SACV04-00215 ~~GTL~~ GLT (CTx)<br><br>**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______.

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
— JS - 2 / JS - 3
— CLSD

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

March 14, 2004
*Date*

[signature]
*Signature of Attorney/Party*

DOCKETED ON CM
MAR 18 2004
BY ___ 037

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

17



Dockets.Justia.com

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City of Santa Ana, State of California; I am over the age of eighteen and not a party to the within action; my business address is Moriarty & Machado, 1912 N. Broadway, Suite 104, Santa Ana, CA 92706.

On the date appearing below, I served the following document;

**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.**

on all interested parties through their respective attorneys of record in this action listed on the attached mailing list by placing true copies thereof in envelopes addresses to them in the U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 15, 2004 at Santa Ana, California.

LEO J. MORIARTY

# MAILING LIST

**Counsel for NFLPA**
Jesus Quinonez, Esq.
Peter Dickinson, esq.
Geffner & Bush
3500 W. Olive Ave., Suite 1100
Burbank, CA 94505

Joseph A. Yablonski, Esq.
Yablonski, Both & Edelman
1140 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036

**Counsel for SBWA**
J. Graham Matherne, Esq.
Andrew J. Pulliam, Esq.
Wyatt, Tarrant & Combs, LLP
2525 West End Ave., Suite 1500
Nashville, TN 37203-1423

**Counsel for Tower Life Ins. Co.**
Mark Helmke, Esq.
Tower Life Insurance Co.
Tower Life Building
310 S. St. Marys Street
San Antonio, TX 78205

**Counsel for Private Healthcare Systems, Inc.**
Nicholas P. Hansen, Esq.
Hansen Law Firm, LLC
600 Grant St., Suite 300
Denver, CO 80203

Jeffrey E. Ditolla, Esq.
220 Terramar
San Clemente, CA 92673