Kenyon Rasheed et al v. National Football League Players Association et al Doc. 21

X Priority
X Send
X Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV 04-215-GLT (CTx) Date: April 21, 2004

Title: Kenyon Rasheed & Traci Rasheed v. National Football League Players Assn., et al.

---

PRESENT:

**HON. Gary L. Taylor JUDGE**

Lisa Bredahl
Deputy Clerk

None Present
Court Reporter (DP)

ATTORNEYS PRESENT FOR PLAINTIFFS:

None Present

ATTORNEYS PRESENT FOR DEFENDANTS:

None Present

PROCEEDINGS: **Order Denying Defendant's Motion for Sanctions**
[In Chambers]

The Court has received and considered Defendant National Football League Players Assn.'s motion for sanctions and Plaintiffs' opposition.

The Court has discretion to impose Rule 11 sanctions if a paper is filed for an improper purpose, or if it is frivolous. See Fed. R. Civ. Pro. 11(b)(1)-(2); Townsend v. Holman Consulting, 929 F.2d 1358, 1362 (9th Cir. 1990) (en banc). Rule 11 sanctions may also be proper if a paper was filed without evidentiary support for its factual assertions or denials. See Fed. R. Civ. Pro. 11(b)(3)-(4). "Where, as here, the complaint is the primary focus of Rule 11 proceedings, a district court must conduct a two-prong inquiry to determine (1) whether the complaint is legally or factually 'baseless' from an objective perspective, and (2) if the attorney has conducted 'a reasonable and competent inquiry' before signing and filing it." Christian v. Mattel, Inc., 286 F.3d 1118, 1127 (9th Cir. 2002) (citing Buster v. Greisen, 104 F.3d 1186, 1190 (9th Cir. 1997)).

The Court cannot find the complaint is legally or factually "baseless" or that Plaintiffs' counsel did not conduct "a reasonable and competent inquiry" before signing and filing it. The Court also cannot find the complaint was filed for an improper purpose. Defendant's motion is DENIED. The April 26, 2004 hearing on this matter is ordered off-calendar.

DOCKETED ON CM
APR 2 1 2004
BY ____ 037

S:\GLT\LC1\Civil\2004\04-0215.MO.Sanction.wpd

Initials of Deputy Clerk ____

(21)

Dockets.Justia.com